IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Acknowledged. Case dismissed.

JRS, CJ, 08/20/2026.

Distribution to all counsel of record via CM/ECF.

| | |
|---|---|
| OLAYODE BUKOLA ADEAGBO,<br><br>Plaintiff,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security;<br><br>JOSEPH EDLOW, Director, U. S. Citizenship and Immigration Services;<br><br>CARRIE M. SELBY, Associate Director for U.S. Citizenship and Immigration Services' Service Center Operations Directorate;<br><br>PAM BONDI, Attorney General, U.S. Department of Justice; and,<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.: 26-94<br><br>Hon. James Russell Sweeney<br><br>Civil Action |

**<u>Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i)</u>**

The Plaintiff, by and through her attorneys, IMMIGRATION ATTORNEYS, LLP, hereby asks this Court to dismiss her pending action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 19, 2026

/s/ Brian Sather
Brian Sather
IMMIGRATION ATTORNEYS, LLP
Counsel for the Plaintiff
300 W. Adams Street, Suite 500
Chicago, Illinois 60606
Telephone: (312) 661-9100
bsather@immattyllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

OLAYODE BUKOLA ADEAGBO,

Plaintiff,

v.

KRISTI NOEM, Secretary,
U.S. Department of Homeland Security;

JOSEPH EDLOW, Director, U. S. Citizenship and Immigration Services;

CARRIE M. SELBY, Associate Director for U.S. Citizenship and Immigration Services' Service Center Operations Directorate;

PAM BONDI, Attorney General, U.S. Department of Justice; and,

UNITED STATES OF AMERICA,

Defendants.

Case No.: 26-94

Hon. James Russell Sweeney

Civil Action

**CERTIFICATE OF SERVICE**

On August 19, 2026, I electronically filed the foregoing with the United States District Court for the Southern District of Indiana by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ Brian Sather
Brian Sather
IMMIGRATION ATTORNEYS, LLP
Counsel for Plaintiff
300 W. Adams Street, Suite 500
Chicago, IL 60606
Tel: 312.661.9100
Fax: 312.661.9021
Email: bsather@immattyllp.com